UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **ORDER GRANTING IN PART AND DENYING IN PART MONSANTO'S MOTIONS TO DISMISS WITH PREJUDICE FOR FAILURE TO SUBMIT A PLAINTIFF FACT SHEET** |
| *Bailey v. Monsanto*, Case No. 3:24-cv-01595-VC | |
| *Carmiel v. Monsanto*, Case No. 3:22-cv-03389-VC | Re: Dkt. Nos. 19572, 19609 |
| *Kocur v. Monsanto*, Case No. 3:24-cv-01445-VC | |
| *Martin v. Monsanto*, Case No. 3:23-cv-05241-VC | |
| *McAlister v. Monsanto*, Case No. 3:24-cv-00684-VC | |
| *Popp v. Monsanto*, Case No. 3:24-cv-01613-VC | |
| *Repine v. Monsanto*, Case No. 3:23-cv-06435-VC | |
| *Sliva v. Monsanto*, Case No. 3:24-cv-01615-VC | |
| *Teague v. Monsanto*, Case No. 3:23-cv-04605-VC | |

Monsanto filed motions to dismiss with prejudice for failure to submit a plaintiff fact sheet in each of the above-captioned cases. It subsequently withdrew the motion in all but four of

the cases, which are listed below. *See* Dkt. No. 19680. The plaintiffs in the remaining four cases have not filed oppositions to Monsanto's motions. Therefore, Monsanto's motions to dismiss with prejudice in the following four cases are granted as unopposed. Monsanto's motions in the other cases are denied as moot.

>  *Sliva v. Monsanto*,
>  Case No. 3:24-cv-01615-VC
>
>  *Teague v. Monsanto*,
>  Case No. 3:23-cv-04605-VC
>
>  *Repine v. Monsanto*,
>  Case No. 3:23-cv-06435-VC
>
>  *Bailey v. Monsanto*,
>  Case No. 3:24-cv-01595-VC

**IT IS SO ORDERED.**

Dated: January 13, 2025

_____
VINCE CHHABRIA
United States District Judge